RUSSELL & HALL *vs.* PACKARD.

A defendant who has obtained a discharge as an insolvent debtor since judg-
ment against him, and who is arrested on a *ca. sa.* is entitled to discharge
from arrest on production of his insolvent discharge.
On a motion of this kind, the court will not inquire into the regularity or va-
lidity of the discharge.

THE defendant was arrested on the 5th June, 1832, on a *ca. sa.* on a judgment *thirteen years* old. He applied to be discharged from arrest on producing a discharge, as an insolvent debtor, granted to him in 1819, after the entry of the judgment. The plaintiffs attacked the regularity of the proceedings in obtaining the discharge and the validity of the discharge itself.

June 21.

*By the Court*, SUTHERLAND, J. The court will not on a motion of this kind inquire into the regularity of the proceedings, nor try the validity of the discharge on affidavit. The plaintiff may resort to his action on the judgment. 1 *Caines*, 249. 9 *Johns R.* 259. Let the defendant be discharged from arrest.